**United States Bankruptcy Court**
**Eastern District of Pennsylvania, Reading Division**

**IN RE:**  Case No. **4:16-17960-ref**

**Miranda, Evette F.**  Chapter **13**

Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on **January 17, 2018**, a copy of **Notice and Motion to Approve Professional Compensation** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Respectfully submitted,
**Miranda, Evette F.**

*/s/ Michael J McCrystal*
**Michael J McCrystal 55064**
**McCrystal Law Offices**
**2355 Old Post Rd Ste 4**
**Coplay, PA  18037-2459**
**(610) 262-7873  Fax: (610) 262-2219**
**mccrystallaw@gmail.com**

**Miranda, Evette F.**
1946 W Highland St
Allentown, PA 18104-3712

**AFNI, Inc.**
PO Box 3517
Bloomington, IL 61702-3517

**AR Resources**
1777 Sentry Pkwy W
Blue Bell, PA 19422-2207

**Capital One Bank USA**
PO Box 30281
Salt Lake City, UT 84130-0281

**CNAC PA 108**
601 State Ave
Emmaus, PA 18049-3029

**Department of the Treasury**
Internal Revenue Service
PO Box 804527
Cincinnati, OH 45280-4527

**East Stroudsburg University of Pennsylva**
Center for Enrollment Services
200 Prospect St
East Stroudsburg, PA 18301-2956

**Eastern Revenue**
PO Box 185
Southeastern, PA 19399-0185

**Eastern Revenue, Inc.**
998 Old Eagle School Rd Ste 1204
Wayne, PA 19087-1805

**Enhanced Recovery Corporation**
PO Box 57547
Jacksonville, FL 32241-7547

**ERC**
PO Box 1259
Oaks, PA 19456-1259

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**Federal Loan Servicing Credit**
PO Box 60610
Harrisburg, PA 17106-0610

**First Commonwealth FCU**
450 Union Blvd
Allentown, PA 18109-3228

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| | | |
|---|---|---|
| **Hayt, Hayt & Landau, LLC**<br>2 Industrial Way W<br>Eatontown, NJ  07724-2265 | **Hillcrest Davidson and Associates**<br>715 N Glenville Dr # 450<br>Richardson, TX  75081-2898 | **Lehigh Valley Health Nework**<br>PO Box 4067<br>Allentown, PA  18105-4067 |
| **Lehigh Valley Health Nework**<br>PO Box 4067<br>Allentown, PA  18105-4067 | **M&T Bank**<br>Lending Services, Customer Support<br>PO Box 900<br>Millsboro, DE  19966-0900 | **Medical Imaging of the LV**<br>PO Box 3226<br>Allentown, PA  18106-0226 |
| **Midland Credit Mgmt**<br>8875 Aero Dr Ste 200<br>San Diego, CA  92123-2255 | **Midland Credit Mgmt**<br>8875 Aero Dr Ste 200<br>San Diego, CA  92123-2255 | **National Recovery Agency**<br>2491 Paxton St<br>Harrisburg, PA  17111-1036 |
| **National Recovery Agency**<br>2491 Paxton St<br>Harrisburg, PA  17111-1036 | **National Recovery Agency**<br>2491 Paxton St<br>Harrisburg, PA  17111-1036 | **Northern Plains Funding**<br>PO Box 516<br>Hays, MT  59527-0516 |
| **Penn Credit Corporation**<br>916 S 14th St<br>Harrisburg, PA  17104-3425 | **Penn Credit Corporation**<br>916 S 14th St<br>Harrisburg, PA  17104-3425 | **PHFA**<br>PO Box 15057<br>Harrisburg, PA  17105-5057 |
| **PPL**<br>2 N 9th St<br>Allentown, PA  18101-1139 | **Receivables Management Systems**<br>PO Box 8630<br>Richmond, VA  23226-0630 | **St. Lukes Hospital**<br>attn.: Patient Accounting<br>801 Ostrum St<br>Bethlehem, PA  18015-1000 |
| **Synchrony Bank/Lowes**<br>PO Box 695005<br>Orlando, FL  32869-5005 | **The Honorable Rashid Santiago**<br>1101 Hamilton St Ste 150<br>Allentown, PA  18101-1043 | |

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)