| User | Category | Description | Record Number | Is Receivable | Date | Start Time | End Time | Actual Time (minutes) | Actual Billable Time (hours) | Rounded Billable Time (hours) | Hourly Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael J McCrystal | Bankruptcy Document Preparation | Draft and file Petition, S&S | BK-299181EMiranda | False | 11/14/2016 | 12:32 PM | 04:32 PM | 240.00 | 4.00 | 4.00 | $250.00 | $1,000.00 |
| Michael J McCrystal | Bankruptcy Document Preparation | Draft and file Motion to Extend Automatic Stay | BK-299181EMiranda | False | 11/15/2016 | 12:33 PM | 01:33 PM | 60.00 | 1.00 | 1.00 | $250.00 | $250.00 |
| Michael J McCrystal | Preparing for 341 Meeting of Creditors | Prepare and Attend 341 meeeting | BK-299181EMiranda | False | 02/28/2017 | 12:34 PM | 03:34 PM | 180.00 | 3.00 | 3.00 | $250.00 | $750.00 |
| Michael J McCrystal | Other | Conversation with client and sperately car creditor, support from the client that payments were made | BK-299181EMiranda | False | 04/24/2017 | 12:38 PM | 01:38 PM | 60.00 | 1.00 | 1.00 | $250.00 | $250.00 |
| Michael J McCrystal | Bankruptcy Document Preparation | Amend Chapter 13 Plan & Motion to Avoid Judicial Lien | BK-299181EMiranda | False | 06/15/2017 | 09:30 AM | 11:30 AM | 120.00 | 2.00 | 2.00 | $250.00 | $500.00 |
| Michael J McCrystal | Preparing Client for Hearing | R&R Trustee's MTD then discuss with client | BK-299181EMiranda | False | 06/30/2017 | 12:35 PM | 01:05 PM | 30.00 | 0.50 | 0.50 | $250.00 | $125.00 |
| Michael J McCrystal | Bankruptcy Document Preparation | Review filed POCs and amend plan in accord with these and trustee's problems memo | BK-299181EMiranda | False | 08/14/2017 | 02:00 PM | 03:30 PM | 90.00 | 1.50 | 1.50 | $250.00 | $375.00 |
| Michael J McCrystal | Bankruptcy Document Preparation | Amend Schedules and Plan to address Trustee's 341 issues and MTD | BK-299181EMiranda | False | 10/03/2017 | 12:37 PM | 01:37 PM | 60.00 | 1.00 | 1.00 | $250.00 | $250.00 |
| Total Amount: $3,500.00 | | | | | | | | | | | | |