| | | |
|---|---|---|
| IN RE:  Evette Miranda | : | IN THE UNITED STATES |
| | : | BANKRUPTCY COURT FOR |
| Debtors. | : | THE EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 16-17960-ref |
| | : | |

## CERTIFICATE OF NON-RESPONSE

    I, Michael J. McCrystal, Esquire, hereby certify that as of this date, I have received no answer, objection or other responsive pleading to Motion for Professional Compensation. The undersigned further certifies that he has reviewed the Court's Docket in this case and that no Answer, Objection or other responsive pleading appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than February 7, 2018.

    It is hereby respectfully requested that the Order attached to the Motion for Professional Compensation be entered at the earliest convenience.

Dated: February 9, 2018

                                                    Respectfully submitted,
                                                  /S/Michael J. McCrystal

                                                  _____
                                                Michael J. McCrystal, Esquire
                                                2355 Old Post Road, STE 4
                                                Coplay, PA 18037
                                                (610) 262-7873
                                                Attorney for the Debtor