IN RE: Evette F. Miranda

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE NO. 16-17960-ref
Chapter 13

## *ORDER*

AND NOW, upon the certification of Michael J. McCrystal, Esquire, attorney for the debtors, of the legal work performed in the above proceeding and there being no objection thereto, IT IS ORDERED:

1. Michael J. McCrystal, Esquire is allowed a fee in the amount of three thousand five hundred dollars and zero cents ($3,500.00) {less the sum of $750.00 already received} for services rendered as set forth in the FINAL Application for Approval of Professional Compensation.

2. Michael J. McCrystal, Esquire is allowed reimbursement for expenses in the amount of zero cents ($0.00).

3. A net claim is allowed in favor of Michael J. McCrystal, Esquire in the amount of two thousand seven hundred fifty dollars and zero cents ($2,750.00).

BY THE COURT:

**Date: February 12, 2018**

_____
USBJ