| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-17960-PMM

EVETTE F. MIRANDA
1946 W HIGHLAND ST
ALLENTOWN  PA    18104-3712

Petition Filed Date: 11/14/2016
341 Hearing Date: 02/28/2017
Confirmation Date: 11/30/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $300.00 | | 03/04/2019 | $300.00 | | 04/01/2019 | $300.00 | |
| 05/01/2019 | $300.00 | | 06/10/2019 | $300.00 | | 07/08/2019 | $300.00 | |
| 07/23/2019 | $300.00 | | 09/04/2019 | $300.00 | | 10/15/2019 | $300.00 | 6251987000 |
| 12/26/2019 | $600.00 | 6422187000 | 01/07/2020 | $400.00 | 6464228000 | 01/31/2020 | $400.00 | 6520605000 |
| 04/17/2020 | $800.00 | 6719010000 | 05/29/2020 | $800.00 | 6823490000 | 06/19/2020 | $400.00 | 6876859000 |

Total Receipts for the Period:  $6,100.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $13,600.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 004 | Unsecured Creditors | $503.23 | $0.00 | $503.23 |
| 9 | AMERICAN INFOSOURCE LP<br>»» 009 | Unsecured Creditors | $3,420.10 | $0.00 | $3,420.10 |
| 8 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 008 | Unsecured Creditors | $1,132.22 | $0.00 | $1,132.22 |
| 3 | FIRST COMMONWEALTH FCU<br>»» 03S | Secured Creditors | $300.00 | $166.09 | $133.91 |
| 3 | FIRST COMMONWEALTH FCU<br>»» 03U | Unsecured Creditors | $6.98 | $0.00 | $6.98 |
| 7 | FEDERAL LOAN SERVICING<br>»» 007 | Unsecured Creditors | $52,037.30 | $0.00 | $52,037.30 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $3,450.37 | $3,450.37 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $1,077.50 | $0.00 | $1,077.50 |
| 2 | M&T BANK<br>»» 02S | Secured Creditors | $2,257.16 | $941.08 | $1,316.08 |
| 2 | M&T BANK<br>»» 02U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $1,282.71 | $0.00 | $1,282.71 |
| 10 | PA HOUSING FINANCE AGENCY<br>»» 010 | Mortgage Arrears | $7,980.86 | $4,418.12 | $3,562.74 |
| 5 | RECEIVABLES MANAGEMENT SYSTEMS<br>»» 005 | Unsecured Creditors | $68.77 | $0.00 | $68.77 |
| 11 | McCRYSTAL LAW OFFICES<br>»» 011 | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |

**Chapter 13 Case No. 16-17960-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,600.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $11,725.66 | Arrearages: | $400.00 |
| Paid to Trustee: | $1,205.90 | Total Plan Base: | $20,400.00 |
| Funds on Hand: | $668.44 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.