Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 16-17960-PMM**

EVETTE F. MIRANDA  
1946 W HIGHLAND ST  
ALLENTOWN  PA    18104-3712

Petition Filed Date: 11/14/2016  
341 Hearing Date: 02/28/2017  
Confirmation Date: 11/30/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $400.00 | 6464228000 | 01/31/2020 | $400.00 | 6520605000 | 04/17/2020 | $800.00 | 6719010000 |
| 05/29/2020 | $800.00 | 6823490000 | 06/19/2020 | $400.00 | 6876859000 | 08/20/2020 | $200.00 | 7024355000 |
| 09/11/2020 | $200.00 | 7079441000 | 09/30/2020 | $200.00 | 7122227000 | 12/04/2020 | $400.00 | 7285532000 |
| 01/05/2021 | $1,400.00 | 7358296000 | 01/20/2021 | $400.00 | 7390907000 | 02/17/2021 | $400.00 | 7457797000 |
| 03/16/2021 | $200.00 | 7526320000 | 03/31/2021 | $200.00 | 7563473000 | 04/16/2021 | $400.00 | 7604763000 |
| 05/17/2021 | $400.00 | 7677456000 | 06/07/2021 | $200.00 | 7724295000 | | | |

**Total Receipts for the Period: $7,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 004 | Unsecured Creditors | $503.23 | $0.00 | $503.23 |
| 9 | AMERICAN INFOSOURCE LP<br>»» 009 | Unsecured Creditors | $3,420.10 | $38.71 | $3,381.39 |
| 8 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 008 | Unsecured Creditors | $1,132.22 | $0.00 | $1,132.22 |
| 3 | FIRST COMMONWEALTH FCU<br>»» 03S | Secured Creditors | $300.00 | $300.00 | $0.00 |
| 3 | FIRST COMMONWEALTH FCU<br>»» 03U | Unsecured Creditors | $6.98 | $0.00 | $6.98 |
| 7 | FEDERAL LOAN SERVICING<br>»» 007 | Unsecured Creditors | $52,037.30 | $589.00 | $51,448.30 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $3,450.37 | $3,450.37 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $1,077.50 | $0.00 | $1,077.50 |
| 2 | M&T BANK<br>»» 02S | Secured Creditors | $941.08 | $941.08 | $0.00 |
| 2 | M&T BANK<br>»» 02U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $1,282.71 | $0.00 | $1,282.71 |
| 10 | PA HOUSING FINANCE AGENCY<br>»» 010 | Mortgage Arrears | $7,980.86 | $7,980.86 | $0.00 |
| 5 | RECEIVABLES MANAGEMENT SYSTEMS<br>»» 005 | Unsecured Creditors | $68.77 | $0.00 | $68.77 |
| 11 | McCRYSTAL LAW OFFICES<br>»» 011 | Attorney Fees | $2,750.00 | $2,750.00 | $0.00 |

**Chapter 13 Case No. 16-17960-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,200.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $16,050.02 | Arrearages: | ($200.00) |
| Paid to Trustee: | $1,563.90 | Total Plan Base: | $20,400.00 |
| Funds on Hand: | $586.08 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.