Certificate Number: 13858-PAE-DE-036364377

Bankruptcy Case Number: 16-17960



13858-PAE-DE-036364377

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 1, 2022</u>, at <u>1:40</u> o'clock <u>PM EST</u>, <u>Evette F.  Miranda</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 1, 2022</u>                 By:     <u>/s/Wendel Ruegsegger</u>

                                            Name:  <u>Wendel Ruegsegger</u>

                                            Title:   <u>Counselor</u>