United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17960-pmm

Evette F. Miranda                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                              User: admin                                      Page 1 of 3

Date Rcvd: Apr 04, 2022                    Form ID: 138OBJ                          Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Evette F. Miranda, 1946 W Highland St, Allentown, PA 18104-3712 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14040958 | + | 151 Main Street, Ste A, Emmaus, PA 18049-4026 |
| 13823229 | ++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287 address filed with court:, AR Resources, 1777 Sentry Parkway West, Blue Bell, PA 19422-2207 |
| 13823230 | | CNAC PA 108, 601 State Avenue, Emmaus, PA 18049-3029 |
| 13823236 | | ERC, PO BOX 1259, Oaks, PA 19456-1259 |
| 13823232 | + | East Stroudsburg University of PA, Center for Enrollment Services, 200 Prospect Street, East Stroudsburg, PA 18301-2999 |
| 13823237 | | Federal Loan Servicing Credit, PO BOX 60610, Harrisburg, PA 17106-0610 |
| 13823238 | + | First Commonwealth Federal Credit Union, 450 Union Boulevard, Allentown, PA 18109-3283 |
| 13823239 | + | Hayt, Hayt & Landau, LLC, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 13823241 | | Lehigh Valley Health Network, PO BOX 4067, Allentown, PA 18105-4067 |
| 13823244 | | Medical Imaging of the LV, PO BOX 3226, Allentown, PA 18106-0226 |
| 13823247 | + | Northern Plains Funding, PO BOX 516, Hays, MT 59527-0516 |
| 13952912 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A. Solarz, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 13823250 | | Pennsylvania Power & Light, Two North Ninth Street, Allentown, PA 18101-1139 |
| 13823252 | + | St. Lukes Hospital, Attn: Patient Accounting, 801 Ostrum Street, Bethlehem, PA 18015-1065 |
| 13823253 | | Synchrony Bank /Lowes, PO BOX 695005, Orlando, FL 32869-5005 |
| 13823254 | | The Honorable Rashid Santiago, 1101 Hamilton Street, Suite 150, Allentown, PA 18101-1043 |
| 13912239 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 04 2022 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 04 2022 23:22:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 04 2022 23:22:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13823228 | | Email/Text: EBNProcessing@afni.com | Apr 04 2022 23:22:00 | AFNI, Inc., PO Box 3517, Bloomington, IL 61702-3517 |
| 13823229 | | Email/Text: collectors@arresourcesinc.com | Apr 04 2022 23:22:00 | AR Resources, 1777 Sentry Parkway West, Blue |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Bell, PA 19422-2207 |
| 13921537 | + | Email/Text: g20956@att.com | Apr 04 2022 23:22:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 13921602 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2022 23:30:18 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13861379 | | Email/Text: G06041@att.com | Apr 04 2022 23:22:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13823235 | | Email/Text: bknotice@ercbpo.com | Apr 04 2022 23:22:00 | Enhances Recovery Corporation, PO BOX 57547, Jacksonville, FL 32241-7547 |
| 13823237 | | Email/Text: bncnotifications@pheaa.org | Apr 04 2022 23:22:00 | Federal Loan Servicing Credit, PO BOX 60610, Harrisburg, PA 17106-0610 |
| 13823240 | | Email/Text: cnorton@hillcrestdavidson.com | Apr 04 2022 23:22:00 | Hillcrest Davidson and Associates, 715 North Glenville Drive, #450, Richardson, TX 75081-2898 |
| 13823231 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 04 2022 23:22:00 | Internal Revenue Service, Department of the Treasury, PO BOX 804527, Cincinnati, OH 45280-4527 |
| 13823243 | | Email/Text: camanagement@mtb.com | Apr 04 2022 23:22:00 | M&T Bank, Lending Services, Customer Support, PO BOX 900, Millsboro, DE 19966-0900 |
| 13837571 | + | Email/Text: camanagement@mtb.com | Apr 04 2022 23:22:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 13899772 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2022 23:22:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13823245 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 04 2022 23:22:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 13823246 | | Email/Text: Bankruptcies@nragroup.com | Apr 04 2022 23:22:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 13928337 | + | Email/Text: blegal@phfa.org | Apr 04 2022 23:22:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13823249 | | Email/Text: blegal@phfa.org | Apr 04 2022 23:22:00 | PHFA, PO BOX 15057, Harrisburg, PA 17105-5057 |
| 13872967 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 04 2022 23:30:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13874924 | + | Email/Text: joey@rmscollect.com | Apr 04 2022 23:22:00 | Patient First c/o Receivables Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 13823251 | | Email/Text: joey@rmscollect.com | Apr 04 2022 23:22:00 | Receivables Management Systems, PO BOX 8630, Richmond, VA 23226-0630 |
| 13912239 | | Email/Text: bncnotifications@pheaa.org | Apr 04 2022 23:22:00 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13823233 | ## | Eastern Revenue, PO BOX 185, Southeastern, PA 19399-0185 |
| 13823234 | ## | Eastern Revenue, Inc., 998 Old Eagle School Road, Ste 1204, Wayne, PA 19087-1805 |
| 13823248 | ## | Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Apr 04, 2022 | Form ID: 138OBJ | Total Noticed: 42

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2022                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Evette F. Miranda mccrystallaw@gmail.com sueparalegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Evette F. Miranda
       Debtor(s)

Case No: 16−17960−pmm
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/4/22

61 − 55
Form 138OBJ